PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 30 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

# United States District Court

### Eastern District of Washington

| | | |
|---|---|---|
| United States of America | ) | Case No. 2:13CR02090-001 |
| | ) | |
| vs | ) | |
| | ) | |
| Cornelio, Jesus | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Cornelio, Jesus, have discussed with Carrie A. Valencia, Pretrial Services/Probation Officer, modification of my release as follows:

**Removal of Condition #19:** Mr. Cornelio was released onto pretrial supervision on July 9, 2013, with conditions to include that the defendant shall participate in one or more of the following home confinement programs; electronic monitoring/GPS monitoring with a curfew from 9 p.m. to 6 a.m.

Initially upon his release onto pretrial supervision, Mr. Cornelio provided a urine test on August 5, 2013, which returned positive from the laboratory for marijuana. According to Mr. Cornelio, this was a result of residual use prior to being placed on pretrial supervision. Subsequent urine samples have been negative.

Mr. Cornelio has maintained suitable housing with his mother and girlfriend. He has also maintained employment. Mr. Cornelio has been employed with various warehouses during harvest season and has maintained employment with Larson Fruit since August 2013. In addition, Mr. Cornelio has not had any egregious violations of his electronic monitoring

Defense counsel and the Assistant United States Attorney have been contacted, neither party objects to the modification.

I consent to this modification of my release conditions and agree to abide by this modification.

| _____ | 10-22-13 | _____ | 10/29/2013 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     10·22·13
Signature of Defense Counsel              Date

[X]   The above modification of conditions of release is ordered, to be effective on 10/29/13.

[ ]   The above modification of conditions of release is not ordered.

_____     10/29/13
Signature of Judicial Officer              Date