🖇 PS 8
(4/01)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2014

SEAN F. McAVOY, CLERK

U.S.A. vs.  Cornelio, Jesus                                   Docket No.   0980 2:13CR02090-WFN-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Carrie A Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 8th day of July, 2013, under the following conditions:

<u>Additional Condition #14:</u> Avoid all contact, direct or indirect with known felons and/or gang members.
<u>Additional Condition #15:</u> Refrain from any use of alcohol.
<u>Standard Condition #9:</u>  Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances, defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.  Defendant may not possess or use marijuana, regardless of whether the defendant has been prescribed a medical marijuana card.
<u>Condition #6:</u> Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

<u>Violation #1, 2, & 3</u>:  The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by associating with known gang members, on or about, April 5, 2014, consuming alcohol, on or about, April 5, 2014, and using cocaine, on or about, April 8, 2014.

<u>Violation #4:</u> Mr. Cornelio failed to report via telephone on May 5, 2014, and failed to report to this officer in person on May 12, 2014, as instructed.

**PRAYING THAT THE COURT WILL ORDER A WARRANT**

**ORDER OF COURT**

Considered and ordered ___14___ day of ___May___, 2014 and ordered filed and made a part of the records in the above case.

*s/ James P. Hutton*
**James P. Hutton**
**U.S. Magistrate Judge**

I declare under the penalty of perjury that the foregoing is true and correct.

s/Carrie A. Valencia

**Carrie A Valencia**

U.S. Pretrial Services Officer

Place   Eastern District of Washington

Date  05/14/2014