≈ PS 8
(5/04)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 09 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Cornelio, Jesus        Docket No.    0980 2:13CR02090-WFN-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Carrie A. Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jesus Cornelio, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the Court at Yakima, Washington, on the 8th day of July, 2013, under the following conditions:

**Additional Condition #17:** Defendant shall undergo a substance abuse evaluation as directed by a U.S. Probation Officer. Additionally, the defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program.

**Additional Condition #18:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six times per month. Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:** The defendant is alleged to be in violation of his condition of pretrial supervision in the Eastern District of Washington by failing to attend an appointment with Merit Resource Services (Merit), for evaluation results on May 1, and 15, 2014.

On April 28, 2014, Mr. Cornelio attended a substance abuse assessment with Merit and was scheduled to return for the results on May 1, 2014. According to Merit, Mr. Cornelio did not return. He was then scheduled to attend another results appointment on May 15, 2014, however, he did not attend his scheduled results appointment with Merit.

**Violation #5:** Mr. Cornelio failed to report for colorline testing at Merit on May 13, 2014.

According to information received by Merit, Mr. Cornelio did not report for colorline testing on May 13, 2014, as instructed.

PS-8
Re: Cornelio, Jesus
June 6, 2014
Page 2

PRAYING THAT THE COURT WILL INCORPORATE THE VIOLATIONS CONTAINED IN THIS PETITION IN ALL FUTURE PROCEEDINGS WITH THE VIOLATIONS PREVIOUSLY REPORTED TO THE COURT.

|  |  |
|---|---|
| by | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   June 6, 2014 |
|  | s/Carrie A. Valencia |
|  | Carrie A. Valencia |
|  | U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  Other : The incorporation of the violation(s) contained in this Petition with the other violations pending before the Court

_____
Signature of Judicial Officer

6/9/14
Date