PROB 12C
(6/16)

Report Date: October 18, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2016

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Jesus Cornelio                    Case Number: 0980 2:13CR02090-SMJ-1

Address of Offender:                                Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr.

Date of Original Sentence: November 17, 2014

| | | |
|---|---|---|
| Original Offense: | Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(c) | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: August 5, 2016 |
| Defense Attorney: | Matthew A Campbell | Date Supervision Expires: August 4, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Cornelio failed to submit to random urinalysis testing at Merit Resource Services (Merit) on September 16 & 26, 2016, and October 11, 2016.<br><br>Mr. Cornelio has been directed to call the color line at Merit on a daily basis and if his color is called, he is to report and submit to urinalysis testing. He has also been directed that if he is not able to submit to urinalysis testing on the day his color is called, he is to call his probation officer and make other testing arrangements. Mr. Cornelio has failed to report for urinalysis testing as directed on the dates noted above. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Cornelio, Jesus**
**October 18, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     October 18, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

10/18/2016
Date