PROB 12C
(6/16)

Report Date: November 18, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Cornelio                Case Number: 0980 2:13CR02090-SMJ-1

Address of Offender: 1309 Queen Ave, Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: November 17, 2014

| | | |
|---|---|---|
| Original Offense: | Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)© | |
| Original Sentence: | Prison 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: August 5, 2016 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: August 4, 2019 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on October 18, 2016.

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Cornelio failed to submit to random urinalysis testing at Merit Resource Services on October 21 and November 15, 2016. |
| 3 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Cornelio failed to be truthful when questioned about his employment on October 25, 2016.<br><br>On October 25, 2016, U.S. Probation Officer Krous conducted a home visit at the defendant's residence. Mr. Cornelio reported to officer Krous he had just arrived home from work. He also confirmed he was still employed at Ace Distribution Center in Moxee, Washington. Mr. Cornelio later reported having being fired from his employment due to having too many absences on October 7, 2016. |

Prob12C  
**Re: Cornelio, Jesus**  
**November 18, 2016**  
**Page 2**
4    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Cornelio failed to report to the U.S. Probation Office or contact his supervising officer on November 17 and 18, 2016.

On November 16, 2016, the undersigned officer attempted to contact the defendant at his residence but he was not home so a business card was left with instructions for him to report for an office visit on November 17, 2016 at 10am. On November 17, 2016, Mr. Cornelio failed to report at the requested time. A call was placed to his cell phone and a message was left on his voice mail box. Contact was then made with his mother and girlfriend. Both advised they would contact the defendant and direct him to contact this officer. On November 18, 2016, contact with the defendant's girlfriend revealed she had spoken with Mr. Cornelio the night before and had provided him with this officers message. She stated Mr. Cornelio said he would contact his supervising probation officer. To date, Mr. Cornelio has failed to report or contact this officer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 18, 2016

s/Jose Zepeda

Jose Zepeda  
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action  
[X]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]   Defendant to appear before the Judge assigned to the case.  
[X]   Defendant to appear before the Magistrate Judge.  
[ ]   Other

_Signature of Judicial Officer_

11/18/2016  
Date