PROB 12C
(6/16)

Report Date: February 6, 2017

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Cornelio                     Case Number: 0980 2:13CR02090-SMJ-1

Address of Offender: 1309 Queen Ave, Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: November 17, 2014

| | | |
|---|---|---|
| Original Offense: | Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1) | |
| Original Sentence: | Prison - 30 months  TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: August 5, 2016 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: August 4, 2019 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 18, 2016, and November 18, 2016.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

5    **Special Condition # 19**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Cornelio failed to submit to random urinalysis testing on January 20, 2017.

On January 23, 2017, a letter from Merit Resource Services was received indicating Mr. Cornelio failed to report for urinalysis testing on the date noted above. On this same date, the undersigned officer made an attempt to contact Mr. Cornelio at his residence. This officer knocked on the door to the defendant's residence multiple times, but he did not answer. While knocking on his door, dogs were heard barking and scratching behind the door. A card was left on his door with instructions to contact this officer. As of February 3, 2017, Mr. Cornelio has yet to respond.

Prob12C
Re: Cornelio, Jesus
February 6, 2017
Page 2

    6    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Cornelio failed to report to the probation office as directed on January 27, 2017.

Mr. Cornelio had been instructed to report to the probation office on January 27, 2017. On this same date, a text message was sent to the defendant asking him what time he would be reporting; however, he was a no call no show for his appointment. As of February 3, 2017, Mr. Cornelio has failed to contact his probation officer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 6, 2017

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

02/06/2017
Date