PROB 12C
(6/16)

Report Date: February 23, 2017

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Cornelio                    Case Number: 0980 2:13CR02090-SMJ-1

Address of Offender: 1309 Queen Ave, Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: November 17, 2014

| | | |
|---|---|---|
| Original Offense: | Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)© | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin D. Seal | Date Supervision Commenced: August 5, 2016 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: August 4, 2019 |

## PETITIONING THE COURT

**To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 18, 2016; November 18, 2016; and February 6, 2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 22**: The defendant shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the Court. The defendant shall allow reciprocal release of information between the supervising officer and treatment provider.  The defendant shall contribute to the cost of treatment according to his ability to pay. |
| | **Supporting Evidence**: Mr. Cornelio failed to attend his mental health appointment with Riverview Counseling and Consulting on February 10, 2017. |
| | On February 10, 2017, this officer received a call from Mr. Cornelio's counselor indicating the defendant was a no call/no show for his 9 a.m. counseling appointment.  This officer then called and left a voice mail, as well as a text message directing him to call this officer regarding his missed appointment.  At 4:53 p.m., a text message was received from the defendant indicating he was too exhausted to attend his appointment, but asked to reschedule. |

Case 2:13-cr-02090-SMJ   Document 128   Filed 02/24/17

Prob12C
**Re: Cornelio, Jesus**
**February 23, 2017**
Page 2

| | | |
|---|---|---|
| | 8 | **Special Condition # 25**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Cornelio failed to submit to random urinalysis testing at Merit Resource Services (Merit) on February 13, 2017.

Mr. Cornelio has been directed to participate in random urinalysis testing via a color line program at Merit. The defendant was to submit to a random urinalysis test on February 13, 2017, at Merit between the hours of 8:30 a.m. to 6 p.m. At 5:39 p.m. this officer received a text message from the defendant stating he just woke up to go to work and his girlfriend informed him his color came up and would be in later this week. However, as of the submission of this report, Mr. Cornelio has yet to report to the probation office.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 23, 2017

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

02/24/2017
Date