Report Date: December 13, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jesus Cornelio | Case Number: 0980 2:13CR02090-SMJ-1 |
| Address of Offender: | Yakima, Washington 98902 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: November 17, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)© | | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence<br>Date: March 15, 2017 | Prison - 6 months<br>TSR - 30 months | | |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: | August 25, 2017 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: | February 24, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Cornelio failed to submit to urinalysis testing on November 13, 20, and December 11, 2017.

On August 25, 2017, supervised release conditions were reviewed and signed by Mr. Cornelio acknowledging his understanding of special condition number 6, which requires him to submit to urinalysis testing.  On August 28, 2017, Mr. Cornelio was provided with urinalysis reporting instructions.  He was referred to Merit Resource Service (Merit) color line for random drug testing.  His instructions are to call the color line daily and to report when his color is called.  In this case, Mr. Cornelio failed to report to Merit on the dates noted above for random drug testing.

    2      **Special Condition # 5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

           **Supporting Evidence**: Mr. Cornelio failed to attend substance abuse treatment sessions at Merit on November 28 and December 6, 2017.

           On August 25, 2017, supervised release conditions were reviewed and signed by Mr. Cornelio acknowledging his understanding of special condition number 5, which requires him to participate in a substance abuse treatment program. On December 12, 2017, Merit staff confirmed Mr. Cornelio failed to attend group sessions on the dates noted above.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 13, 2017

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/13/2017
Date