Report Date: May 29, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Cornelio                Case Number: 0980 2:13CR02090-SMJ-1

Address of Offender:                  Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: November 17, 2014
Date of Revocation Sentence: March 15, 2017

| | | |
|---|---|---|
| Original Offense: | Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(C) | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: August 25, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 24, 2020 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on December 13, 2017, January 9, and February 28, 2018.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number    Nature of Noncompliance

9    **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Cornelio submitted to urinalysis testing on May 16, 2018, which returned positive for the presence of amphetamine and cocaine.

On August 25, 2017, supervised release conditions were reviewed and signed by Mr. Cornelio acknowledging his understanding of special condition number 6, which requires him to submit to abstain from the use of illegal controlled substances.

On May 16, 2018, Mr. Cornelio submitted to a drug screen. The preliminary test returned presumptive positive for amphetamine and cocaine. Mr. Cornelio was confronted regarding

    the illegal drug use to which he admitted to using cocaine but denied using amphetamine. The specimen was sent to Alere Toxicology Services (Alere) for confirmation. On May 21, 2018, Alere determined the specimen tested positive for the presence of amphetamine and cocaine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 29, 2018

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

05/30/2018
Date